TOONEN-BARLAMENT-WRIGHT COMPANY and another, Appellants, vs. INDUSTRIAL COMMISSION and another, Respondents.

APPEAL from a judgment of the circuit court for Dane county dated June 8, 1927: AUGUST C. HOPPMANN, Judge.

Review of award of *Industrial Commission.* Trial court confirmed award. Plaintiffs appeal.

For the appellants: *Brown, Pradt & Genrich* of Wausau.

For the respondent *Industrial Commission: John W. Reynolds,* attorney general, and *Mortimer Levitan,* assistant attorney general.

For the respondent *Puimbroek: Smith & Smith* of De Pere.

*By the Court.*—Judgment affirmed, with costs.

*December 6, 1927.*

THORNE, Respondent, vs. GUTTENSTEIN, Appellant.

APPEAL from a judgment of the circuit court for Milwaukee county dated January 24, 1927: E. T. FAIRCHILD, Judge.

Action against indorser on promissory note. Judgment for plaintiff, from which defendant appeals.

For the appellant: *Schmitz, Wild & Gross* of Milwaukee.

For the respondent: *Kopp & Brunckhorst* of Platteville.

*By the Court.*—Judgment affirmed.